UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
                                                 :
ADVANCED MAGNETIC CLOSURES,                      :
INC.,                                            :
                                                 :
        Plaintiff,                               :        **ORDER**
                                                 :
        v.                                       :        **98 Civ. 7766 (PAC)**
                                                 :
ROME FASTENER CORPORATION,                       :
ROME FASTENER SALES                              :
CORPORATION, ROMAG                               :
FASTENERS, INC. and                              :
RINGS WIRE, INC.,                                :
                                                 :
                Defendants.                      :
------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2 3 MAR 2009

HONORABLE PAUL A. CROTTY, United States District Judge:

Defendants (collectively "Romag") and Abelman, Frayne & Schwab ("AFS"), former

counsel of plaintiff, have agreed to settle their dispute in this matter without further litigation.

On March 18, 2009, Romag and AFS submitted a joint motion for an order directing the

Cashier to disburse the security AFS deposited in the District Court on November 24, 2008,

Receipt No. 670716 in its entirety to Cooper & Dunham LLP, Trustee in accordance with the

Settlement Agreement.

Accordingly, the Court orders as follows:

The Cashier's Office shall disburse the November 24, 2008 Registry Deposit, Receipt

No. 670716, in its entirety to:

                        Cooper & Dunham LLP, Trustee
                        30 Rockefeller Plaza, 20th Floor
                        New York, New York 10112
                        (212) 278-0400

                                                SO ORDERED:

                                                _____
                                                HON. PAUL A. CROTTY
                                                UNITED STATES DISTRICT JUDGE